**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 08-3162M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Arcadio Jaramillo-Lopez, | ) | |
| Defendant. | ) | |

The Court has received and reviewed the Government's Motion to Vacate and Reset Change of Plea Hearing (docket #12) which is set for July 1st, 2008 at 1:30 p.m.

**IT IS ORDERED granting in part and denying in part** the Government's Motion to Vacate the Change of Plea Hearing and Reset Change of Plea Hearing. (docket #12)

**IT IS FURTHER ORDERED vacating** the plea proceedings set before the undersigned for July 1st, 2008 at 1:30 p.m.

**IT IS FURTHER ORDERED denying** without prejudice the Government's Motion to Reset the Change of Plea Hearing for the earliest possible date on or after July 2, 2008. The Government's Motion states that because of scheduling issues with respect to this case, the United States is unable to proceed with a plea to an information which leads the Court to believe the Defendant will be indicted. If the Defendant is indicted, this case will be assigned a criminal case number and receive a United States district judge assignment with a United States magistrate judge referral. The assigned district court judge may refer the

1  matter to the assigned referral magistrate judge to conduct plea proceedings if he or she
2  chooses to do so.
3       DATED this 1st day of July, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge